# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In re:

TML DEVELOPMENT, LLC,

                Debtor.

NO. C09-1503MJP

ORDER TO SHOW CAUSE

The above-entitled Court, having received and reviewed the Notice of Deficiency filed in this matter on November 20, 2009 (Dkt. No. 6), makes the following ruling:

IT IS ORDERED that Debtor TML Development, LLC shall show cause by no later than **December 2, 2009** why this matter should not be dismissed for failure to prosecute the appeal.

The clerk is ordered to provide copies of this order to all counsel.

Dated: November 24, 2009

_____
Marsha J. Pechman
U.S. District Judge

ORD ON - 1