UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

TML DEVELOPMENT, LLC,

              Debtor.

NO. C09-1503MJP

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE APPEAL

      On November 24, 2009, this Court issued an Order to Show Cause (Dkt. No. 7) in response to the Notice of Deficiency of Appeal filed by the U.S. Bankruptcy Court on November 20, 2009 (Dkt. No. 6). Debtor TML Development, LLC was order to show cause why this matter should not be dismissed for failure to file a Designation of Record/Statement of Issues on Appeal in a timely manner as required by bankruptcy rules of procedure.

      The deadline for responding to the order was December 2, 2009. No pleading was filed in response to the Order to Show Cause, therefore

      IT IS ORDERED that the above-entitled matter shall be DISMISSED without prejudice for failure to timely prosecute the appeal.

      The clerk is ordered to provide copies of this order to all counsel.

      Dated: December 3, 2009

                                      Marsha J. Pechman
                                      U.S. District Judge

**ORDER OF DISMISSAL - 1**