# United States District Court

WESTERN DISTRICT OF WASHINGTON

In re:                                          JUDGMENT IN A CIVIL CASE

TML DEVELOPMENT, LLC,            CASE NUMBER: C09-1503MJP

          Debtor.

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this matter is DISMISSED without prejudice for failure to timely prosecute the appeal.

       December 3, 2009                                     BRUCE RIFKIN
                                                                                 Clerk

                                                                       __/s Mary Duett_____
                                                                       By, Deputy Clerk